UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEROY WILLIAMS,

    Petitioner,

v.                                    Case No. 6:11-cv-263-Orl-28DAB

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 14)** |
| **FILED:** | **APRIL 2, 2012** |
| **THEREON** it is **ORDERED** that the motion is **DENIED.** | |

This Court should grant an application for a certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a

constitutional right.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this ____5____ day of April, 2012.

												JOHN ANTOON II
												UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/3
Counsel of Record
Leroy Williams